IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CARLOS A. HERNANDEZ | § § | |
| VS. | § § | CIVIL ACTION NO. 1:23-CV-00340 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| CRISTINA CAPI AND DELIA A. CAPI | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal. [Dkt. 12]. The Parties are seeking a dismissal with prejudice as to all claims asserted in this lawsuit.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 25th day of March, 2024.**

Michael J. Truncale
United States District Judge